UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Virginia Daschbach | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-144-PB |
| | ) | |
| vs. | ) | |
| | ) | |
| AmeriSave Mortgage Corporation | ) | |
| Defendant | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES THE PLAINTIFF, by and through Counsel, and pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), hereby dismisses this action, in its entirety, with prejudice, and provides this Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" Fed. R. Civ. P 41(a)(1)(A)(i).

2. No Answer has been filed.

**WHEREFORE,** the Plaintiff requests that this case be dismissed in entirety *with prejudice* forthwith.

Dated: August 7, 2017

    Respectfully submitted,
    Counsel for the Plaintiff,

    /s/ John F. Skinner, III
    ATTY. JOHN F. SKINNER, III
    NHBN:19886
    Associated Attorneys of New England
    587 Union Street
    Manchester, NH 03104
    Tel: (603) 622-8100
    Fax: (888) 912-1497
    AttorneySkinner@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was filed electronically via the CM/ECF system and will be sent electronically to the registered participants and via first class mail to the non-registered participants as identified on the Notice of Electronic Filing as of the date of filing.

Dated: August 7, 2017

/s/ John F. Skinner, III
Atty. John F. Skinner, III